IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |  |
|---|---|---|
| TAMMY J. BAUER | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | No. 3:20-cv-00358-JJV |
| | * | |
| KILOLO KIJAKAZI, | * | |
| Acting Commissioner, | * | |
| Social Security Administration, | * | |
| | * | |
| Defendant. | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

DATED this 1st day of December 2021.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE